# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| ANTONIO DUSCIO, et al, | ) | |
|     Appellants, | ) | **17-13651-F** |
| v. | ) | |
| AL HILL, et al, | ) | |
|     Appellees. | ) | |

## APPELLANT'S RESPONSE TO JURISDICTIONAL QUESTION

COMES NOW, Sonya Gravitt, Antonio Duscio, Tina Coleman, Thomas Coleman, Margaret Coleman, Shirley Gregory, James Gregory, Charles Heild, James Hoyer, Nancy Hoyer, Thomas Jones, Sarah Jones, William Rumer, Holly Hood, Richard Sutherland and Katherine Sutherland ("Appellants"), Appellants herein and files this their Response to Jurisdictional Question and shows this honorable court the following:

## JURISDICTION QUESTION PRESENTED

The Court request the Appellants to address "under which theory (and to what extent) is the district court's order immediately appealable, and has the district court finally resolved all relevant issues to allow appellate review" as related to the appeal from the district court's August 7, 2017 order approving the receiver's motion to approve the claims process and plan of distribution.

**ARGUMENT & CITATION OF AUTHORITY**

**I.    THE COURT'S ORDER APPROVING RECEIVER'S MOTION TO APPROVE CLAIMS PROCESS AND PLAN OF DISTRIBUTION IS IMMEDIATELY APPEALABLE.**

This is an appeal from the District Court's Order Approving the Receiver's Motion to Approve Claims Process and Plan of Distribution filed on August 7, 2017. The Order was entered in a receivership proceeding ancillary to a Securities and Exchange Commission ("SEC") action brought against James A. Torchia, et al. This Court has jurisdiction pursuant to 28, United States Code, Section 1292(a)(2), because this is an appeal of an interlocutory order taking steps to accomplish a receivership order "such as directing sales or other disposal of property."

Further to the Court's specific question of whether the "district court finally resolved all relevant issues to allow appellate review," Appellants show the District Court has resolved all relevant issues as it relates to the distribution of the Receivership assets and Appellant's objections based on their due process arguments. Specifically, the District Court has approved the Receiver's plan to include and disperse Receivership assets, many of which the Appellants currently object to as improperly included. Appellants filed objections to the Receiver's final plan for distribution, including Appellants due process arguments. The objections raised were addressed and resolved by the District Court in its August 7, 2017 Order. R-50. The August 7, 2017 approves the Receiver's final plan to dispose of

Receivership assets and is a final distribution plan of the Receivership property. The Order additionally rejects the Appellants due process arguments and notes, "the court has already addressed the majority of the O'Dell Investors' due process arguments in previous orders." R-50. Therefore, the District Court is no longer going to entertain Appellants arguments related to their due process rights at any further phase in the proceedings. The Receiver's final distribution plan is not subject to any further modification by the District Court. Should the Appellants be required to wait for a further action and if the Receiver is able to move forward with the final distribution plan as approved, Receivership property will be sold and disbursed thereby foreclosing on Appellants' ability to protect their existing property rights.

This Court has accepted review of appeals from orders accepting final distribution plans of receiverships. *See, SEC v. Elliott,* 953 F.2d 1560 (1992). The procedural history in *Elliott* is virtually identical to the instant case, to wit:

> The district court granted a permanent injunction enjoining further securities violations and appointed Charles O. Farrar as Equity Receiver for Elliott. The Receiver was ordered to take possession of the companies' assets, to file an initial report of the state of these assets, and to propose a plan of distribution of assets to victims of Elliott. There were nearly two-thousand claims filed, each of which had to be dealt with by the Receiver and, ultimately, by the district judge. Finally, the district court entered an Order Establishing Final Plan for Distribution of Assets, from which twenty-seven claimants appeal, raising numerous objections to the Final Plan.

*Elliot,* 953 F.2d 1565-1566.

In the instant case, the District Court has followed the same path as the court in *Elliott.* The District Court filed its Preliminary Injunction establishing a

Receivership, appointing Al Hill as Receiver on April 25, 2016, and requiring the Receiver to submit a plan for "recovery and management" of all Receivership assets. R. 66. The Receiver filed his Motion to Approve Claims Process and Plan of Distribution on April 19, 2017. R. 431. Appellants filed their Objections and Brief In Opposition to Receiver's Distribution Plan on May 19, 2017. R. 461. The Court entered its Order Granting Receiver's Motion For Distribution Plan on September 7, 2017. R. 501. Appellants appealed from the Order Approving Receiver's Plan For Distribution.

This 15th day of September, 2017.

_____/s/ Justin O'Dell_____
Justin O'Dell, Georgia Bar No. 549414

**O'DELL & O'NEAL, P.C.**
506 Roswell Street, Suite 210
Marietta, Georgia 30060
www.odelloneal.com
(770) 405-0164

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| **ANTONIO DUSCIO, et al,** | ) | |
| **Appellants,** | ) | **17-13651-F** |
| **v.** | ) | |
| **AL HILL, et al,** | ) | |
| **Appellees.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to counsel of record.

This 15th day of September, 2017.

_/s/ Justin O'Dell_
Justin O'Dell, Georgia Bar No. 549414

**O'DELL & O'NEAL, P.C.**
506 Roswell Street, Suite 210
Marietta, Georgia 30060
www.odelloneal.com
(770) 405-0164

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| **ANTONIO DUSCIO, et al,** | ) | |
| **Appellants,** | ) | **17-13651-F** |
| **v.** | ) | |
| **AL HILL, et al,** | ) | |
| **Appellees.** | ) | |

## <u>CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT</u>

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed R. App. P. 32(f), this document contains 553 words.

2. This document complies with the typeface requirements of Fed R. App. P. 32(a)(5) and the type-style requirements of Fed R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in size 14 Times New Roman font.

This 15th day of September, 2017.

/s/ Justin O'Dell
Justin O'Dell, Georgia Bar No. 549414

**O'DELL & O'NEAL, P.C.**
506 Roswell Street, Suite 210
Marietta, Georgia 30060
www.odelloneal.com
(770) 405-0164

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

1. Pursuant to Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1-1, Sonya Gravitt, Antonio Duscio, Tina Coleman, Thomas Coleman, Margaret Coleman, Shirley Gregory, James Gregory, Charles Heild, James Hoyer, Nancy Hoyer, Thomas Jones, Sarah Jones, William Rumer, Holly Hood, Richard Sutherland and Katherine Sutherland ("Appellants") certifies, by and through his undersigned counsel of record, that to his knowledge, the following constitutes a complete list of the trial judge, judges on the Administrative Review Board, all attorneys, persons, associations of persons, firms, partnerships, and corporations that have an interest in the outcome of this appeal:

| | |
|---|---|
| Allen, Jo | Movant |
| Allen, Thomas | Movant |
| Allstate Life Insurance Company | Movant |
| American General Life Insurance Company | Movant |
| American Motor Company | Defendant |
| American Motor Credit LLC | Defendant |
| American Nation Insurance Company | Movant |
| Bankers Life and Casualty Company | Movant |
| Beck, Charles | Intervenor Plaintiff |
| Broyles, Gary | Intervenor Plaintiff |

| | |
|---|---|
| Carillo, David | Movant |
| Chambers, Robert | Intervenor Plaintiff |
| Coleman, Kelly | Objector |
| Couch, Nelda | Intervenor Plaintiff |
| Credit Nation Acceptance, LLC | Defendant |
| Credit Nation Auto Sales, LLC | Defendant |
| Credit National Capital, LLC | Defendant |
| Crenshaw, Bobby | Movant |
| Dahlen, Charles | Intervenor Plaintiff |
| Dahlen, Sue | Intervenor Plaintiff |
| Darville, Mark | Intervenor Plaintiff |
| Doss, Jason R. | Attorney for Defendant James A. |
| Duffey, Hon. William S., Jr. | Judge, U.S. District Court for the |
| Duscio, Antonio | Objector |
| Elfert, Michael | Movant |
| Evans, Mary Jo | Intervenor Plaintiff |
| Farmers New World Life Insurance Company | Movant |
| Fugitt, Jo-Ann | Intervenor Plaintiff |
| Garden State Insurance Company | Movant |
| Gibson, Charles | Intervenor Plaintiff |
| Graham, Harry | Intervenor Plaintiff |
| Grant, Roger | Movant |
| Gronemeyer, Michael | Movant |
| Hill, Al B. | *as receiver for*<br><br>Credit Nation Capital, LLC.<br><br>Credit Nation Capital, LLC's<br><br>members are as follows: James and |

| | |
|---|---|
| | Jason Torchia as joint tenants (72%); Bobby Guess (5%); Richard Sutherland (3%); Catrina Tipton (5%); Lee Berman (5%); Marc Celello (10%).<br><br>*as receiver for*<br>Credit Nation Acceptance, LLC. Credit Nation Acceptance, LLC's sole member is Credit Nation Capital, LLC (100%).<br><br>*as receiver for*<br>Credit Nation Auto Sales, LLC. Credit Nation Auto Sales, LLC's members are as follows: James Torchia (5%); James and Jason Torchia as joint tenants (70%); Bobby Guess (5%); Lee Berman (5%); Marc Celello (10%); Cynthia Weston (5%).<br><br>*as receiver for*<br>American Motor Credit LLC. American Motor Credit, LLC's |

| | |
|---|---|
| | sole member is Credit Nation Capital, LLC (100%).<br><br>*as receiver for*<br>Spaghetti Junction, LLC. Spaghetti Junction, LLC's sole member is James Torchia (100%). |
| Hale, Michael | Movant |
| Hale, Sandra | Movant |
| Holcomb, Charlotte | Intervenor Plaintiff |
| Honey Investments, Ltd. | Intervenor Plaintiff |
| Ivey, Paul | Intervenor Plaintiff |
| Janicek, Kathryn | Intervenor Plaintiff |
| John Hancock Life Insurance Company | Movant |
| Jones, Donald | Intervenor Plaintiff |
| Jones, Gary | Intervenor Plaintiff |
| Jones, William | Intervenor Plaintiff |
| Kramer, Joseph | Intervenor Plaintiff |
| Leonard, William G. | Attorney for Receiver Al B. Hill |
| Lewis, Carlin | Movant |
| Liberty Nation Life Insurance Company | Movant |
| Loewenthal, Glenn | Attorney for Intervenor Plaintiffs |
| Loftin, John | Movant |
| Mathews, Forest | Movant |

| | |
|---|---|
| Nationwide Life and Annuity Insurance Company | Movant |
| Mayes, Joshua A. | Attorney for Plaintiff Securities and |
| McIver, Terry | Intervenor Plaintiff |
| Modern Woodmen of America | Movant |
| Moore, Gary | Intervenor Plaintiff |
| Nationwide Life Insurance Company | Movant |
| Nunez, Louis | Intervenor Plaintiff |
| O'Dell, Justin | Attorney Intervenors |
| Orona, Johnny | Movant |
| Orona, Frances | Movant |
| Orr, James C. | Attorney for Intervenor Plaintiffs |
| Pacific Life Insurance Company | Movant |
| Pinson, Judy | Movant |
| Professional Janitorial Services of Midland, Inc. | Intervenor Plaintiff |
| Pyne, Delores | Movant |
| Rumer, William | Objector |
| Salgado, Javier | Intervenor Plaintiff |
| Securities and Exchange Commission | Plaintiff |
| Sanders, Luann | Intervenor Plaintiff |
| Schoenmann, E. Lynn | Movant |
| Securities and Exchange Commission | Plaintiff |
| Simmers, Jackie | Intervenor Plaintiff |
| Slaughter, Judy | Intervenor Plaintiff |
| Slaughter, Larry | Intervenor Plaintiff |

| Southern Farm Bureau Life Insurance Company | Movant |
|---|---|
| Spaghetti Junction, LLC | Defendant |
| Spaghetti Junction, LLC | Defendant |
| Sutherland, Katherine | Respondent |
| Sutherland, Richard | Respondent |
| Sweet, Michael | Objector |
| Torchia, James A. | Defendant |
| Transamerica Insurance Company | Movant |
| Treadaway, Bruce | Movant |
| Trott, Cassandra | Movant |
| Trott, Keith | Movant |
| United of Omaha Life Insurance Company | Movant |
| USAA Life Insurance Company | Movant |
| Voya Financial, Inc. | Movant |
| Wallace, Zane | Intervenor Plaintiff |
| Weber, Amy K. | Attorney for Receiver Al B. Hill |
| Wolfe, Sharon | Movant |
| Wolfe, Terry | Movant |
| Weber, Amy K. | Attorney for Receiver Al B. Hill |

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular cause:

| LAST NAME | FIRST NAME |
|---|---|
| Abshire | Karen |
| Ainsworth | June |
| Alexander | Pat |
| Allbaugh | Carl |
| Allen | Garry |
| Allen | Henry |
| Allen | Jo |
| Allen | Thomas |
| Allen Living Trust | Garry & Nelda |
| Alley | John |
| Anderson | Juergen |
| Aubin | Charles |
| Aysenne | Eugene |
| Bacca | Hazel |
| Bach | Charles |

| LAST NAME | FIRST NAME |
|---|---|
| Bailey | John |
| Bailey | Mary |
| Baker | Christi |
| Barback | Robert |
| Barton | Betty |
| Bates | Charles |
| Beaver | Ronny |
| Beck | Charles |
| Becnel | Evelyn |
| Becnel | Rene |
| Bell | Phyllis |
| Bennett | Lynne L. |
| Benney | Patricia G. |
| Bercegeay | Dirk |
| Berman | Lee |
| Berry | Brent B. |
| Berry | Karla |

| LAST NAME | FIRST NAME |
|---|---|
| Bert | Vera |
| Bert Rev. Living Trust | Nichols & Vera |
| Bice | Franklin |
| Birkes | Stanley |
| Blackstone | Philip |
| Blankenship | Natalie |
| Bockus | Alice |
| Bodenhamer | Don |
| Bodenhamer | Mary |
| Bohmfalk | Charles |
| Boling | Albert |
| Bonham | James |
| Brandt | Cal |
| Brandt | Frances |
| Brantley | Melinda |
| Brantley | Richard |
| Broussard | James |

| LAST NAME | FIRST NAME |
|---|---|
| Brown | Alice |
| Brown | Billy |
| Broyles | Gary |
| Brunner | Robert |
| Buchanan | Marjoria |
| Burns | Skipper |
| Burton | David |
| Campo | David |
| Carbo | Mark |
| Carey | Nancy |
| Carey | Rayford |
| Carey | Robert Kent |
| Carothers | Samuel G. |
| Carpenter | James |
| Carrillo | David |
| Cates, Jr. | William Roy |
| Cave | Fred |

| LAST NAME | FIRST NAME |
|---|---|
| Cerniglia | Brenda |
| Chambers | Robert |
| Champagne | Wayne |
| Childers | Garland |
| Childers | Gaylon |
| Clark | Joyce |
| Clow | William |
| Clowers | Charlie |
| Coallier | Ronda |
| Coates | Galen |
| Coday | Robert |
| Coke, III | Robert King |
| Colby | Joseph |
| Coleman | Margaret |
| Coleman | Thomas |
| Coleman | Tina |
| Collins | Julie |

| LAST NAME | FIRST NAME |
|---|---|
| Collins | Laura |
| Collins | William |
| Colucci | Richard |
| Concha | Maren |
| Cook | Ashby |
| Cooper | George |
| Corrick | Scott |
| Cory | Edward |
| Cox | Ronald |
| Crenshaw | Bob |
| Crenshaw | Saundra |
| Crews | Edna |
| Crites | Charles |
| Culver | Paul David |
| Culver | Sona Roijean |
| Currao | William |
| Daniel | Dan Gene |

| LAST NAME | FIRST NAME |
|---|---|
| Darville | Mark |
| Daugherty | Elizabeth Ann |
| Daves | Karen |
| Davies | Carol |
| Davis | Gary |
| Davis | Barbara |
| Dean | David |
| Dean | Debbie |
| Decker | Lewis |
| DeKort | John |
| DeKort | Judy Kelly |
| Delacruz | Sarita |
| Dennis | Charles |
| Deville | Sherry |
| Diebel | Gary |
| Diebel | Jessica |
| Dow | Don |

| LAST NAME | FIRST NAME |
|---|---|
| Duffee | Mary Jane |
| Duffee c/o Sue Cooper | Mary Jane |
| Duffee Trust No. 2 | Mary Jane |
| Dunham | William |
| Dupree | Laura |
| Duscio | Tony |
| Elfert | Michael |
| Engolio | Barry |
| Eppler | Sharon K. |
| Epps | Barry |
| Epstein | Eileen M. |
| Erickson | Betty |
| Evans | Mary Jo |
| Evans | Randy |
| Fagan | Jerry Patrick |
| Farmer | Erlinda |
| Fassett | Marilyn |

| LAST NAME | FIRST NAME |
|---|---|
| Finney | Jarad |
| Fontanez | Frank |
| Fontenot | Peter |
| Formwalt | Julie |
| Formwalt | Lance |
| Foster | David |
| Foster | Linda |
| Fowler | Patsy L. |
| Francis | Thomas E. |
| Fugitt | Joann |
| Gage | Jay |
| Gant | Jean |
| Gant | Roy |
| Gardner | Mary F. |
| Garner | Rita R. |
| Gaut | Robert S. |
| Ghuman | Gian Singh |

| LAST NAME | FIRST NAME |
| --- | --- |
| Gibson | Carles |
| Gomes | James |
| Gosch | Mark A. |
| Grafa | Carroll |
| Graham | Harry |
| Grant | Roger |
| Gravitt | Sonya |
| Gray | Ronald |
| Greer | Nathan |
| Gregory | James |
| Gregory | Shirley |
| Griffin | Ben |
| Griffin | Joyce |
| Grimes | Anita |
| Grimes | George |
| Gronemeyer | Michael |
| Gross | Martin |

| LAST NAME | FIRST NAME |
| --- | --- |
| Guess | Aaron |
| Guess | Bob |
| Guthrie | Debbie A. |
| Guthrie | Natalia |
| Hale | Jeri |
| Hale | Mike |
| Hale | Sandra |
| Hall | Michael |
| Hall | Thomas Dorrell |
| Hamblen | Irene |
| Hammitt | Robert E. |
| Hammond | Richard |
| Harris | Evva Nell |
| Harrison | Kim |
| Harthan | Stephen |
| Haynes | Julie Harper Barton |
| Haynie | Herbert |

| LAST NAME | FIRST NAME |
| --- | --- |
| Henwood | Sherri |
| Hereford | Carl |
| Herrera | Jacob Brandon |
| Herrington | Melvin |
| Hester | Virginia F. |
| Hield | Charles |
| Higdon | Leonard |
| Hitchcock | Susan |
| Holcomb | Charlotte |
| Holcomb Rev. Living Trust | Charlotte |
| Hood | Nancy Holley |
| Hooper | Shawn |
| Horton | Steven K. |
| Hothem | Arden L. |
| Hourigan, Jr. | John |
| Houston | Norman |
| Hoyer | James |

| LAST NAME | FIRST NAME |
| --- | --- |
| Hubbard | Joel |
| Hudson | James |
| Hyde | Richard |
| Ivey | Paul |
| Jackson | David |
| Jackson | Helen |
| Janicek | Kathryn |
| Janitorial Services | Professional |
| Jaques | Larry |
| Jaques (Trust) | Larry |
| Jefferson | Thomas |
| Jelen | Donna G. |
| Jones | Donald |
| Jones | Gary |
| Jones | Mark |
| Jones | Neal F. |
| Jones | Sarah |

| LAST NAME | FIRST NAME |
| --- | --- |
| Jones | Tom |
| Jones | William |
| Juanillo-Dahl | Erlinda |
| Katz | Samuel |
| Kays | Dana |
| Keiffer | Craig |
| Keiffer | John L. |
| Keiffer | Rebecca |
| Keir | Charles |
| Kenney | Jimmy |
| Kimbro | Dorris K. |
| Klein | Bruce |
| Klopfenstein | Juanita B. |
| Knott | Laurie |
| Knox | Linda |
| Knox | Tom |
| Korter | Cheryl |

| LAST NAME | FIRST NAME |
|---|---|
| Kraemer | Joseph |
| Kruger | W. Neal |
| Laflar | Mary Kathleen |
| Langdale, Jr. | Kenneth M. |
| Lankard | John W. |
| Lanning | Lawrence |
| Lapchick | Joseph |
| LaPrade | Robert |
| Leamer | Paul |
| Lednicky | Edwin |
| Leverton | Beverly |
| Leverton | Lynn |
| Lewis | Carlin |
| Lewis | Elvin |
| Lewis | James T. |
| Lewis | Jeffrey |
| Lewis | Justine |

| LAST NAME | FIRST NAME |
|---|---|
| Lewis | Carlin |
| Little | William L. |
| Loftin | John |
| Luck | Terry |
| Lusk | Jack |
| Lusk | Linda |
| Madden | Debbie |
| Madden Sales& Service | |
| Madden-Purdy | Doris |
| Maddox | Frank |
| Madera | Bert |
| Magruder | David |
| Magruder | Emily Kay |
| Marbury Living Trust | James Thomas |
| Markos | Kirk |
| Marshall | Harold |
| Martin | Lloyd |

| LAST NAME | FIRST NAME |
| --- | --- |
| Masal | Mary Schmitt |
| Mason | Diane |
| Maszk | Thomas |
| Mathews | Forest |
| Maxwell | James |
| McCalvey | Eugene |
| McCoy | Arnold L. |
| McCoy | James |
| McCoy Rev. Living Trust | Arnold & Linda |
| McFarland Family Trust | |
| McIver | Terry |
| McMurtrey | Ronal |
| McQueen | Bobby Wayne |
| Medcalf | Gerry |
| Meyers | Rudy |
| Miehe | Joy |
| Miller | John |

| LAST NAME | FIRST NAME |
|---|---|
| Miller | Joyce |
| Monaghan | Diana |
| Moore | Donald |
| Moore | Gary |
| Morgan | Carolyn |
| Morgan | Darwin |
| Morgan | Kenworth Dan |
| Morrell | David |
| Mundhenk | Anita |
| Musick | Evelyn |
| Muzyka | Kie |
| Muzyka | Virginia |
| Myers | Ronald |
| Nagel | John |
| Nance | Mollie Z. |
| Neal | Norman |
| Nelson | James O. |

| LAST NAME | FIRST NAME |
| --- | --- |
| Neumann | Barry |
| Noblett | Russel |
| Nolan | John F. |
| Nunez | Louis |
| Ochotorena | Ruben |
| Offield | Artie |
| Opperman | Leslie |
| Orona | Francisca |
| Orona | Johnny |
| Ortiz | Cayleigh |
| O'Sullivan | Teresa |
| Padavich | Donald |
| Padon | Walter |
| Page | Celia |
| Paige | Cathy |
| Paige | Gary Dale |
| Paige | Cathy |

| LAST NAME | FIRST NAME |
|---|---|
| Paige | Gary Dale |
| Pallett | Jackie |
| Pallett | Rickie |
| Palumbo | Anthony |
| Parker | Edward |
| Parker | Lena |
| Parks | Gailyn |
| Partain | Katherine |
| Patterson | Robert |
| Patterson Oil & Gas, LP | |
| Penton | Marilyn |
| Perchez | Marisa |
| Perchez | Tami |
| Perry | James |
| Pflueger Rev. Living Trust | Osteen & Ethel |
| Philson | Arland |
| Pinson | Judy |

| LAST NAME | FIRST NAME |
| --- | --- |
| Poche | William |
| Power | Stacy |
| Powers | Jerome |
| Price | Clay |
| Pyne | Robert |
| Pyne, Jr. | Robert L. |
| Quarnstrom | Marjorie |
| Queen, Jr. | William |
| Rabalais | Murray |
| Rains | Donald |
| Rains | Sharon |
| Rapp | William |
| Ray | Rocky |
| Reagan | Lebron (Martha) |
| Reagan | Martha |
| Redmond | Charles |
| Rehmus | Mary Lou |

| LAST NAME | FIRST NAME |
| --- | --- |
| Reid | Ron |
| Reliford Trust | Judith |
| Rhodes | Billie |
| Rice | Joseph L. |
| Rice | Ronald |
| Rich | Keith |
| Rich | Peggy |
| Riddle | Phillip G. |
| Rigsby | Ruby |
| Ripperger | Duane |
| Ripperger | Karen |
| Robertson | LaDema V. |
| Robinson | Samuel |
| Robinson, Jr. | Samuel |
| Rogers | Janell |
| Ross | Jeanne |
| Row | Doyce |

| LAST NAME | FIRST NAME |
| --- | --- |
| Rumer | William H. |
| Rynearson | Marilyn |
| Sager-Bach | Sarah |
| Salgado | Javier |
| Sanders | Luann |
| Sanders | Roger |
| Sanders | Luann |
| Sartor | Doyla |
| Schmidt | Wallace Craig |
| Schroll | Scott |
| Shaw | Timothy |
| Sheets | Carol |
| Shepler | Craig |
| Shinoda | Carol |
| Sholes | Thomas E. |
| Shuman | Merlene |
| Shuman | William |

| LAST NAME | FIRST NAME |
| --- | --- |
| Sidebotham | Thomas |
| Simmers | Larry |
| Simonton | Eileen |
| Simonton | Samuel |
| Skinner | Kathleen |
| Slaughter | Judy |
| Slaughter | Larry |
| Smith | David |
| Smith | Nolan |
| Smith | Thad |
| Sobolewski | Robert S. |
| Spanjer | Alan Eugene |
| Spanjer | R. Allan |
| Spinks | Roy |
| Stark | Carey |
| Starkey | JoAnn |
| Stefanov | Don |

| LAST NAME | FIRST NAME |
| --- | --- |
| Stengel | Thomas |
| Still | James |
| Street | Evelyn |
| Strickland | Hubert |
| Strickland | Sheila |
| Sudderth | Elmer Ray |
| Supplemental Needs Trust | Willie Ray Lackey |
| Sutherland | Katherine |
| Swenson | Randy |
| Tanner | David |
| Taylor | George |
| Taylor | Patricia |
| The Janelle Kaye Row Living Trust | Janelle K. |
| Timms | Ester |
| Townsend | Cheryl |
| Treadaway | Bruce |

| LAST NAME | FIRST NAME |
| --- | --- |
| Trosclair | Steve |
| Trott | Cassandra |
| Trott | Keith |
| Trulock | John |
| Trust Agreement | Aubin Family |
| Tuinstra | Barbara |
| Turnage | Tommy |
| Turner | David |
| Upchurch | Charles Robert |
| Visoski | Steve |
| Waguespack | Ronald |
| Waldenberg | Carol |
| Walker | CD |
| Wallace | Zane |
| Walston | Jerry R. |
| Watson | Evelyn C. |
| Watson | Willard |

| LAST NAME | FIRST NAME |
| --- | --- |
| Wear | Robert |
| Webb | Laverne W. |
| Whitaker | Eugene |
| White | Elizabeth |
| Whittington | James |
| Wilson | Jimmie F. |
| Wisdom | Joyce |
| Witherspoon | Warren Randal |
| Wolfe | Sharon |
| Wolfe | Terry |
| Womack | Delores |
| Woodson | Mary Kathleen |
| Woody | John |
| Wooten | Zack (Ann) |
| Wright | Don |
| Wright | Gregory |
| Wyskup | Raymond James |

| LAST NAME | FIRST NAME |
|---|---|
| Yium | Susie J. |
| Zabkar | Mark |
| Zinn | Roger |

(3) The undersigned further certifies that the following is a full and complete list of

all persons serving as attorneys for the parties in this proceeding:

| PARTY | ATTORNEY OF RECORD |
|---|---|
| Securities & Exchange Commission | Joshua A. Mayes<br>Walter E. Jospin<br>Madison Graham Loomis<br>Kristin Wilhelm Murnahan<br><br>U.S. Securities and Exchange Commission<br>Atlanta Regional Office<br>950 East Paces Ferry Rd., N.E.<br>Suite 900<br>Atlanta, GA 30326<br>404-842-5747<br>Fax: 404-842-7666<br>Email: mayesj@sec.gov |
| Intervenor Plaintiffs | James C. Orr , Jr.<br><br>Heygood, Orr & Pearson<br>2nd Floor<br>2331 W. Northwest Hwy.<br>Dallas, TX 75220<br>214-237-9001<br>Email: jim@hop-law.com |

| | |
|---|---|
| | Glenn Loewenthal<br>Glenn Loewenthal, P.C.<br>3300 Windy Ridge Parkway, Suite 710<br>Atlanta, GA 30339<br>678-990-4909<br>Fax: 678-669-2155<br>Email: glenn@glpc-law.com |
| Defendant: James A. Torchia | Jason R. Doss<br><br>The Doss Firm, LLC<br>P.O. Box 965669, Suite 101<br>36 Trammell Street<br>Marietta, GA 30066<br>770-578-1314<br>Fax: 770-578-1302<br>Email: jasondoss@dossfirm.com |
| American Fidelity Assurance Company | Wade W. Herring , II<br><br>Hunter Maclean Exley & Dunn<br>P.O. Box 9848<br>200 East Saint Julian Street<br>Savannah, GA 31412-0048<br>912-236-0261<br>Email: wherring@huntermaclean.com |
| Protective Life Insurance Company | Alexander Bunnen Feinberg<br><br>Maynard Cooper & Gale<br>1901 Sixth Avenue North<br>2400 AmSouth/Harbert Plaza<br>Birmingham, AL 35203-2602<br>205-254-1858<br>Email: afeinberg@maynardcooper.com |

Respectfully submitted, this 15th day of September, 2017.


___*/s/ Justin O'Dell*_____

Justin O'Dell, Georgia Bar No. 549414

**O'Dell & O'Neal, P.C.**

506 Roswell Street, Suite 210

Marietta, Georgia 30060

JBO@odelloneal.com

(770) 405-0164