# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

SECURITIES AND EXCHANGE )
COMMISSION, )
                    Plaintiff-Appellee, )
                                         )
AL B. HILL, )        No. 17-13651-F
                    Interested Party-Appellee, )
                                         )
v. )
                                         )
JAMES A. TORCHIA, *et al.*, )
                    Defendants, )
                                         )
ANTONIO DUSCIO, *et al.*, )
                    Interested Parties-Appellants. )

## SECURITIES AND EXCHANGE COMMISSION'S

## AMENDED CERTIFICATE OF INTERESTED PERSONS

Pursuant to this Court's Rules 26.1-1 to 26.1-3, the following is a list of all

persons and entities known to the Securities and Exchange Commission to have an

interest in the outcome of this appeal:

1.  **Abshire, Karen***

2.  **Ainsworth, June***

3.  **Alexander, Pat***

4.  **Allbaugh, Carl***

5.  **Allen, Garry\***

6.  **Allen, Henry\***

7.  **Allen, Jo**

8.  **Allen, Thomas**

9.  **Allen Living Trust, Garry & Nelda\***

10. **Alley, John\***

11. **Allstate Life Insurance Company**

12. **American Fidelity Assurance Company**

13. **American Financial and Retirement Services, LLC**.

14. **American General Life Insurance Company**

15. **American Motor Credit, LLC**

16. **American National Insurance Company (ANAT)**

17. **Anderson, Juergen\***

18. **Athene Life and Annuity Company**

19. **Aubin, Charles\***

20. **Aubin Family Trust Agreement\***

21. **Avery, John W.**: Securities and Exchange Commission

22. **Aysenne, Eugene\***

23. **Bacca, Hazel\***

24. **Bach, Charles\***

25. **Bailey, John\***

26. **Bailey, Mary***

27. **Baker, Christi***

28. **Bankers Life and Casualty Company**

29. **Barback, Robert***

30. **Barton, Betty***

31. **Bates, Charles***

32. **Beaver, Ronny***

33. **Beck, Charles**

34. **Becnel, Evelyn***

35. **Becnel, Rene***

36. **Bell, Phyllis***

37. **Bennett, Lynne L.***

38. **Benney, Patricia G.***

39. **Bercegeay, Dirk***

40. **Berman, Lee**

41. **Berry, Brent B.***

42. **Berry, Karla***

43. **Bert, Vera***

44. **Bert Rev. Living Trust, Nichols &Vera***

45. **Bice, Franklin***

46. **Birkes, Stanley***

47. **Blackstone, Philip\***

48. **Blankenship, Natalie\***

49. **Bockus, Alice\***

50. **Bodenhamer, Don\***

51. **Bodenhamer, Mary\***

52. **Bohmfalk, Charles\***

53. **Boling, Albert\***

54. **Bonham, James\***

55. **Bradylyons, Morgan**: Securities and Exchange Commission

56. **Brandt, Cal\***

57. **Brandt, Frances\***

58. **Brantley, Melinda\***

59. **Brantley, Richard\***

60. **Broussard, James\***

61. **Brown, Alice\***

62. **Brown, Billy\***

63. **Broyles, Gary**

64. **Brunner, Robert\***

65. **Buchanan, Marjoria\***

66. **Burns, Skipper\***

67. **Burton, David\***

68. **Campo, David\***

69. **Carbo, Mark\***

70. **Carey, Nancy\***

71. **Carey, Rayford\***

72. **Carey, Robert Kent\***

73. **Carothers, Samuel G.\***

74. **Carpenter, James\***

75. **Carillo, David**

76. **Cates, Jr., William Roy\***

77. **Cave, Fred\***

78. **Celello, Marc**

79. **Cerniglia, Brenda\***

80. **Chambers, Robert**

81. **Champagne, Wayne\***

82. **Childers, Garland\***

83. **Childers, Gaylon\***

84. **Clark, Joyce\***

85. **Clow, William\***

86. **Clowers, Charlie\***

87. **Coallier, Ronda\***

88. **Coates, Galen\***

89.     **Coday, Robert\***

90.     **Coke, III, Robert King\***

91.     **Colby, Joseph\***

92.     **Coleman, Kelly**

93.     **Coleman, Margaret**

94.     **Coleman, Thomas**

95.     **Coleman, Tina**

96.     **Collins, Julie\***

97.     **Collins, Laura\***

98.     **Collins, William\***

99.     **Colucci, Richard\***

100.    **Concha, Maren\***

101.    **Conesco Life Insurance Company**

102.    **Conley, Michael A.**:  Securities and Exchange Commission

103.    **Cook, Ashby\***

104.    **Cooper, George\***

105.    **Corrick, Scott\***

106.    **Cory, Edward\***

107.    **Couch, Nelda**

108.    **Cox, Ronald\***

109.    **Credit Nation Acceptance, LLC**

110. **Credit Nation Auto Sales, LLC**

111. **Credit Nation Capital, LLC**

112. **Crenshaw, Bobby**

113. **Crenshaw, Saundra***

114. **Crews, Edna***

115. **Crites, Charles***

116. **Culver, Paul David***

117. **Culver, Rona Roijean***

118. **Currao, William***

119. **Dahlen, Charles**

120. **Dahlen, Sue**

121. **Daniel, Dan Gene***

122. **Darville, Mark**

123. **Daugherty, Elizabeth Ann***

124. **Daves, Karen***

125. **Davies, Carol***

126. **Davis, Gary***

127. **Davis, Barbara***

128. **Dean, David***

129. **Dean, Debbie***

130. **Decker, Lewis***

131. **DeKort, John***

132. **DeKort, Judy Kelly***

133. **Delacruz, Sarita***

134. **Dennis, Charles***

135. **Deville, Sherry***

136. **Diebel, Gary***

137. **Diebel, Jessica***

138. **Doss, Jason R.**: The Doss Firm, LLC

139. **Dow, Don***

140. **Duffee, Mary Jane***

141. **Duffee c/o Sue Cooper, Mary Jane***

142. **Duffee Trust No. 2, Mary Jane***

143. **Duffey, Hon. William S., Jr.**: U.S. District Judge

144. **Dunham, William***

145. **Dupree, Laura***

146. **Duscio, Antonio**

147. **Elfert, Michael**

148. **Engolio, Barry***

149. **Eppler, Sharon K.***

150. **Epps, Barry***

151. **Epstein, Eileen M.***

152.  **Erickson, Betty***

153.  **Evans, Mary Jo**

154.  **Evans, Randy***

155.  **Fagan, Jerry Patrick***

156.  **Farmer, Erlinda***

157.  **Farmers New World Life Insurance Company**

158.  **Fasset, Marilyn***

159.  **Feinberg, Alexander Bunnen**: Maynard Cooper & Gale

160.  **Fidelity & Guaranty Life Insurance Company**

161.  **Fidelity & Guaranty Life (FGL)**: Parent of Fidelity & Guaranty Life Insurance Company

162.  **Finney, Jarad***

163.  **Fontanez, Frank***

164.  **Fontenot, Peter***

165.  **Formwalt, Julie***

166.  **Formwalt, Lance***

167.  **Foster, David***

168.  **Foster, Linda***

169.  **Fowler, Patsy L.***

170.  **Francis, Thomas E.***

171.  **Fugitt, JoAnn**

172. **Gage, Jay***

173. **Gant, Jean***

174. **Gant, Roy***

175. **Gardner, Mary F.***

176. **Garden State Insurance Company**

177. **Gaut, Robert S.***

178. **Ghuman, Gian Singh***

179. **Gibson, Charles**

180. **Glen Loewenthal, P.C.**

181. **Globe Life and Accident Insurance Company**

182. **Gomes, James***

183. **Gosch, Mark A.***

184. **Grafa, Carroll***

185. **Graham, Harry**

186. **Grant, Roger**

187. **Gravitt, Sonya**

188. **Gray, Ronald***

189. **Greer, Nathan***

190. **Gregory, James**

191. **Gregory, Shirley**

192. **Griffin, Ben***

193.  **Griffin, Joyce***

194.  **Grimes, Anita***

195.  **Grimes, George***

196.  **Gronemeyer, Michael**

197.  **Gross, Martin***

198.  **Guess, Aaron***

199.  **Guess, Bobby**

200.  **Guthrie, Debbie A.***

201.  **Guthrie, Natalia***

202.  **Hale, Jeri***

203.  **Hale, Michael**

204.  **Hale, Sandra**

205.  **Hall, Michael***

206.  **Hall, Thomas Dorrell***

207.  **Hamblen, Irene***

208.  **Hammitt, Robert E.***

209.  **Hammond, Richard***

210.  **Hanemaayer, Kusum**

211.  **Hardin, Tracey**:  Securities and Exchange Commission

212.  **Harris, Evva Nell***

213.  **Harrison, Kim***

214.    **Harthan, Stephen***

215.    **Haynes, Julie Harper Barton***

216.    **Haynes & Boone**

217.    **Haynie, Herbert***

218.    **Heild, Charles**

219.    **Henwood, Sherri***

220.    **Hereford, Carl***

221.    **Herrera, Jacob Brandon***

222.    **Herring, Wade W.**: Hunter Maclean Exley & Dunn

223.    **Herrington, Melvin***

224.    **Hester, Virginia F.***

225.    **Heygood, Orr & Pearson**

226.    **Higdon, Leonard***

227.    **Hill, Al B**.:  Receiver

228.    **Hitchcock, Susan***

229.    **Holcomb, Charlotte**

230.    **Holcomb Rev. Living Trust, Charlotte***

231.    **Honey Investments, Ltd.**

232.    **Hood, Holly**

233.    **Hood, Nancy Holley***

234.    **Hooper, Shawn***

235. **Horton, Steven K.***

236. **Hothem, Arden L.***

237. **Hourigan, Jr., John***

238. **Houston, Norman***

239. **Hoyer, James**.

240. **Hoyer, Nancy**

241. **Hubbard, Joel***

242. **Hudson, James***

243. **Hunter Maclean Exley & Dunn**

244. **Hyde, Richard***

245. **Ivey, Paul**

246. **Jackson, David***

247. **Jackson, Helen***

248. **Janice, Kathryn**

249. **Janitorial Services, Professional***

250. **Jaques, Larry***

251. **Jaques (Trust), Larry***

252. **Jefferson National Life Insurance Company**

253. **Jefferson, Thomas***

254. **Jelen, Donna G.***

255. **John Hancock Life Insurance Company (U.S.A.)**

256. **Johnson, James**: Knight Johnson, LLC

257. **Jones, Donald**

258. **Jones, Gary**

259. **Jones, Mark\***

260. **Jones, Neal F.\***

261. **Jones, Sarah**

262. **Jones, Thomas**

263. **Jones, William**

264. **Jospin, Walter E**.:  Securities and Exchange Commission.

265. **Juanillo-Dahl, Erlinda\***

266. **Katz, Samuel\***

267. **Kays, Dana\***

268. **Keiffer, Craig\***

269. **Keiffer, John L.\***

270. **Keiffer, Rebecca\***

271. **Keir, Charles\***

272. **Kelley, Coleman\***

273. **Kelley, Tina**

274. **Kenney, Jimmy\***

275. **Kimbro, Dorris K.\***

276. **Klein, Bruce\***

277.   **Klopfenstein, Juanita B.***

278.   **Knott, Laurie***

279.   **Knox, Tom***

280.   **Korter, Cheryl***

281.   **Kramer, Joseph**

282.   **Kruger, W. Neal***

283.   **Laflar, Mary Kathleen***

284.   **Langdale, Jr., Kenneth M.***

285.   **Lankard, John W.***

286.   **Lanning, Lawrence***

287.   **Lapchick, Joseph***

288.   **LaPrade, Robert***

289.   **Leamer, Paul***

290.   **Lednicky, Edwin***

291.   **Leonard, William G.**: Taylor English Duma LLP

292.   **Leverton, Beverly***

293.   **Leverton, Lynn***

294.   **Lewis, Carlin**

295.   **Lewis, Elvin***

296.   **Lewis, James T.***

297.   **Lewis, Jeffrey***

298. **Lewis, Justine\***

299. **LG Pump, Inc.**

300. **Liberty National Life Insurance Company**

301. **Little, William L.\***

302. **Lincoln National Corporation**

303. **Loewenthal, Glenn**: Glen Loewenthal, P.C.

304. **Loftin, John**

305. **Loomis, Madison Graham**: Securities and Exchange Commission.

306. **Luck, Terry\***

307. **Lusk, Jack\***

308. **Lusk, Linda\***

309. **Madden, Debbie\***

310. **Madden-Purdy, Doris\***

311. **Madden Sales & Service\***

312. **Maddox, Frank\***

313. **Madera, Bert\***

314. **Magruder, David\***

315. **Magruder, Emily Kay\***

316. **Marbury Living Trust, James Thomas\***

317. **Markos, Kirk\***

318. **Marshall, Harold\***

319.  **Martin, Lloyd***

320.  **Masal, Mary Schmitt***

321.  **Mason, Diane***

322.  **Massachusetts Mutual Life Insurance Company**

323.  **Maszk, Thomas***

324.  **Mathews, Forest**

325.  **Maxwell, James***

326.  **Mayes, Joshua A**.:  Securities and Exchange Commission

327.  **Maynard Cooper & Gale**

328.  **McCalvey, Eugene***

329.  **McCoy, Arnold L.***

330.  **McCoy, James***

331.  **McCoy Rev. Living Trust, Arnold & Linda***

332.  **McFarland Family Trust***

333.  **McIver, Terry**

334.  **McMurtrey, Ronald***

335.  **McQueen, Bobby Wayne***

336.  **Medcalf, Gerry***

337.  **Meyers, Rudy***

338.  **Miehe, Joy***

339.  **Miller, John***

340.   **Miller, Joyce***

341.   **Modern Woodmen of America**

342.   **Monaghan, Dianna***

343.   **Moore, Donald***

344.   **Moore, Gary**

345.   **Morgan, Carolyn***

346.   **Morgan, Darwin***

347.   **Morgan, Kenworth Dan***

348.   **Morrell, David***

349.   **Mundhenk, Anita***

350.   **Murnahan, Kristin**.:  Securities and Exchange Commission

351.   **Musick, Evelyn***

352.   **Muzyka, Kie***

353.   **Muzyka, Virginia***

354.   **Myers, Ronald***

355.   **Nagel, John***

356.   **Nance, Mollie Z.***

357.   **Nationwide Life and Annuity Insurance Company**

358.   **Nationwide Life Insurance Company**

359.   **Neal, Norman***

360.   **Nelson, James O.***

361. **Neumann, Barry\***

362. **Noblett, Russel\***

363. **Nolan, John F.\***

364. **Nunez, Louis**

365. **Ochotorena, Ruben\***

366. **O'Dell, Justin**: O'Dell & O'Neal Attorneys

367. **O'Dell & O'Neal Attorneys**

368. **Offield, Artie\***

369. **Opperman, Leslie\***

370. **Orona, Frances**

371. **Orona, Johnny**

372. **Orr James C.**: Heygood, Orr & Pearson

373. **Ortiz, Cayleigh\***

374. **O'Sullivan, Teresa\***

375. **Pacific Life Insurance Company**

376. **Padavich, Donald\***

377. **Padon, Walter\***

378. **Page, Celia\***

379. **Paige, Cathy\***

380. **Paige, Gary Dale\***

381. **Pallett, Jackie\***

382. **Pallett, Rickie***

383. **Palumbo, Anthony***

384. **Parker, Edward***

385. **Parker, Lena***

386. **Parks, Gailyn***

387. **Partain, Katherine***

388. **Patterson, Robert***

389. **Patterson Oil & Gas, LP***

390. **Penton, Marilyn***

391. **Perchez, Marisa***

392. **Perchez, Tami***

393. **Perry, James***

394. **Pflueger Rev. Living Trust, Osteen & Ethel***

395. **Philson, Arland***

396. **Pinson, Judy**

397. **Poche, William***

398. **Power, Stacy***

399. **Powers, Jerome***

400. **Price, Clay***

401. **Primerica Life Insurance Company**

402. **Professional Janitorial Services of Midland, Inc.**

403. **Protective Life Insurance Company**

404. **Pyne, Robert***

405. **Pyne, Robert, Jr.**

406. **Quarnstrom, Marjorie***

407. **Queen, Jr., William**

408. **Rabalais, Murray***

409. **Rains, Donald***

410. **Rains, Sharon***

411. **Rapp, William***

412. **Ray, Rocky***

413. **Reagan, Lebron (Martha)***

414. **Reagan, Martha***

415. **Redmond, Charles***

416. **Rehmus, Mary Lou***

417. **Reid, Ron***

418. **Reliastar Life Insurance Company**

419. **Reliford Trust, Judith***

420. **Rhodes, Billie***

421. **Rice, Joseph L.***

422. **Rice, Ronald***

423. **Rich, Keith***

424. **Rich, Peggy***

425. **Riddle, Phillip G.***

426. **Rigsby, Ruby***

427. **Ripperger, Duane***

428. **Ripperger, Karen***

429. **Robertson, LaDema V.***

430. **Robinson, Samuel***

431. **Robinson, Jr., Samuel***

432. **Rogers, Janell***

433. **Ross, Jeanne***

434. **Row, Doyce***

435. **Rumer, William H.**

436. **Rynearson, Marilyn***

437. **Sager-Bach, Sarah***

438. **Salgado, Javier**

439. **Sanders, Luann**

440. **Sanders, Roger***

441. **Sartor, Doyla***

442. **Scheuer, Therese**: Securities and Exchange Commission

443. **Schmidt, Wallace Craig***

444. **Schoenmann, E. Lynn**: Bankruptcy Trustee of the Estate of Synergy Acceptance Corporation

445. **Schroll, Scott\***

446. **Securities and Exchange Commission**

447. **Shaw, Timothy\***

448. **Sheets, Carol\***

449. **Shepler, Craig\***

450. **Shinoda, Carol\***

451. **Sholes, Thomas E.\***

452. **Shuman, Merlene\***

453. **Shuman, William\***

454. **Sidebotham, Thomas\***

455. **Simmers, Jackie**

456. **Simmers, Larry\***

457. **Simonton, Eileen\***

458. **Simonton, Samuel\***

459. **Skinner, Kathleen\***

460. **Slaughter, Judy**

461. **Slaughter, Larry**

462. **Smith, David\***

463. **Smith, Nolan\***

464. **Smith, Thad***

465. **Sobolewski, Robert S.***

466. **Southern Farm Bureau Life Insurance Company**

467. **Spaghetti Junction, LLC**

468. **Spanjer, Alan Eugene***

469. **Spanjer, R. Allan***

470. **Spinks, Roy***

471. **Stark, Carey***

472. **Starkey, JoAnn***

473. **Stebbins, Robert**: Securities and Exchange Commission

474. **Stefanov, Don***

475. **Stengel, Thomas***

476. **Still, James***

477. **Street, Evelyn***

478. **Strickland, Hubert***

479. **Strickland, Sheila***

480. **Sudderth, Elmer Ray***

481. **Supplemental Needs Trust, Willie Ray Lackey***

482. **Sutherland, Katherine**

483. **Sutherland, Richard**

484. **Sweet, Michael**

485.  **Swenson, Randy***

486.  **Synovus Bank**

487.  **Tanner, David***

488.  **Taylor English Duma LLP**

489.  **Taylor , George***

490.  **Taylor, Patricia***

491.  **Texas Life Insurance Company**

492.  **The Allstate Corporation (ALL)**: Parent of Allstate Life Insurance Company

493.  **The Doss Firm, LLC**

494.  **The Janelle Kaye Row Living Trust, Janelle K**

495.  **The Manufacturers Life Insurance Company**

496.  **Timms, Ester***

497.  **Tipton, Catrina**

498.  **Torchia, James A.**

499.  **Townsend, Cheryl***

500.  **Transamerica Insurance Company**

501.  **Treadway, Bruce**

502.  **Trosclair, Steve***

503.  **Trott, Cassandra**

504.  **Trott, Keith**

505.  **Trulock, John***

506. **Trust Agreement, Aubin Family***

507. **Tuinstra, Barbara***

508. **Turnage, Tommy***

509. **Turner, David***

510. **United of Omaha Life Insurance Company**

511. **USAA Life Insurance Company**

512. **Upchurch, Charles Robert***

513. **Visoski, Steve***

514. **Voya Financial, Inc.**

515. **Waguespack, Ronald***

516. **Waldenberg, Carol***

517. **Walker, CD***

518. **Wallace, Zane**

519. **Walston, Jerry R.***

520. **Watson, Evelyn C.***

521. **Watson, Willard***

522. **Wear, Robert***

523. **Webb, Laverne W.***

524. **Weber, Amy K.**: Taylor English Duma LLP

525. **Weston, Cynthia**

526. **Whitaker, Eugene***

527. **White, Elizabeth\***

528. **Whittington, James\***

529. **Wilson, Jimmie F.\***

530. **Wisdom, Joyce\***

531. **Witherspoon, Warren Randal\***

532. **Wolfe, Sharon**

533. **Wolfe, Terry**

534. **Womack, Delores\***

535. **Woodman of The World Life Insurance Society**

536. **Woodson, Mary Kathleen\***

537. **Woody, John\***

538. **Wooten, Zack (Ann)\***

539. **Wright, Don\***

540. **Wright, Gregory\***

541. **Wyskup, Raymond James\***

542. **Yium, Susie J.\***

543. **Zabkar, Mark**

544. **Zinn, Roger\***

\*      Indicates an addition to the Certificate of Interested Persons previously filed by the Commission on September 11, 2017.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff-Appellee,

AL B. HILL,
        Interested Party-Appellee,

v.

JAMES A. TORCHIA, *et al.*,
        Defendants,

ANTONIO DUSCIO, *et al.*,
        Interested Parties-
        Appellants.

No. 17-13651-F

## SECURITIES AND EXCHANGE COMMISSION'S STATEMENT REGARDING JURISDICTION

The Securities and Exchange Commission, plaintiff-appellee, submits this statement in response to the Court's September 1, 2017 order requesting the parties to advise the Court of their positions regarding the Court's jurisdictional question. In the Commission's view, the order approving the plan of distribution is appealable under the collateral order doctrine and 28 U.S.C. 1292(a)(2).

1

## I. Background

On November 10, 2015, the Commission brought this civil law enforcement action against James A. Torchia and certain business and corporate entities ("Receivership Entities") that Torchia controlled. The Commission alleged that Torchia and the Receivership Entities were engaged in an ongoing offering fraud and Ponzi scheme, in violation of Sections 17(a)(1), 17(a)(2), and 17(a)(3) of the Securities Act, Section 10(b) of the Exchange Act, and Sections 5(a) and 5(c) of the Securities Act. The complaint also alleged aiding, abetting, and causing violations of the federal securities laws. Dkt 1.

On April 25, 2016, the district court appointed a receiver to marshal and preserve certain of the defendants' assets. Dkt. 66. The district court also froze the defendants' assets and preliminarily enjoined the defendants from, among other things, making representations and omissions regarding rates of return and the Receivership Entities' financial status in connection with the sale of securities based on sub-prime auto loans, life insurance settlements, or the sale of fractional interests in life settlement contracts. Dkt. 66.

On March 17, 2017, Torchia consented to a permanent injunction and the entry of a final judgment against him without admitting or denying the substantive allegations in the Commission's complaint. Dkt. 422. The Commission's Section 5 claim against Torchia was not part of the settlement and is still pending.

On August 7, 2017, the district court entered an opinion and order approving, among other things, the receiver's plan of distribution regarding the assets of Credit Nation Capital, LLC ("CNC")—one of the Torchia-controlled entities placed in receivership—as well as the receiver's motion to disallow certain claims. Dkt 501. Under the plan, the receiver would distribute an initial $6 million to investors and trade creditors of CNC. Further distributions may be made as the receiver recovers further funds, and the receiver proposes to distribute remaining funds at the conclusion of his work, upon approval of the district court.

The plan approved by the district court did not include the assets of any other receivership entities. And the receiver has stated that he will consider claims against non-CNC assets and may file a separate plan for these entities at a later date. The district court also deferred a

determination on the claim of Lee Berman—an employee of CNC—for further consideration after resolution of related claims in a separate proceeding. Nonetheless, CNC investors and trade creditors will not have another meaningful chance to have their claims to the $6 million that are subject of this distribution order reviewed.

On August 11, 2017, a group of sixteen investors filed this appeal, asserting a lack of due process in connection with the district court's approval of the plan of distribution. Two of these investors have also appealed a separate district court order, Dkt. 484, which required them to remit fictitious profits or assign certain life insurance policies to the receivership, asserting a lack of due process in connection with that order, No. 17-13650.

On September 1, 2017, the Court issued a jurisdictional question in this appeal, asking under which theory (and to what extent) is the district court's order immediately appealable and whether the district court has resolved all relevant issues to allow appellate review.

## II. Discussion

Courts in the Eleventh Circuit have considered interlocutory appeals of distribution orders without explicitly addressing the question

of jurisdiction.  For example, in *SEC v. Elliott*, claimants appealed the district court's order approving the receiver's "final" plan for distribution of assets in a Ponzi-type scheme case.  953 F.2d 1560, 1565 (11th Cir. 1992), *rev'd in part*, 998 F.2d 922 (11th Cir. 1993).  Like the appellants in this case, the appellants in *Elliott* argued that their property had been taken without due process of law.  This Court affirmed in part and reversed in part the district court's order without explicitly addressing the basis of its appellate jurisdiction.  *See also SEC v. Pension Fund of America L.C.*, 377 Fed.Appx. 957, 962 (11th Cir. 2010).

In addition, courts in other jurisdictions have held that a distribution order is immediately appealable under the collateral order doctrine.  The Seventh Circuit in *SEC v. Wealth Mgmt. LLC*, 628 F.3d 323, 331 (7th Cir. 2010) held that a receivership distribution plan was appealable under the collateral order doctrine and noted that "interlocutory review makes sense out of fairness to the investors and as a matter of judicial economy."  Similarly, the Fifth Circuit in *SEC v. Forex Asset Mgmt. LLC*, 242 F.3d 325, 330 (5th Cir. 2001) held that a receiver's distribution plan was immediately appealable under the

collateral order doctrine because it conclusively determined the manner in which the receivership assets should be distributed, resolved an important issue regarding distribution of the assets, which is separate from the merits of the Commission's complaint, and will be effectively unreviewable on appeal because the assets from the receivership will be distributed, and likely unrecoverable, long before the action brought by the Commission is subject to appellate review. *Id.; see also SEC v. Basic Energy & Affiliated Res., Inc.*, 273 F.3d 657, 666-67 (6th Cir. 2001) (concluding that final distribution plan was appealable under the collateral order doctrine). *But see SEC v. Capital Consultants LLC*, 453 F.3d 1166 (9th Cir. 2006).

Like in *Elliott* and *Forex*, the receiver's distribution plan is a final determination on the method of distribution of $6 million of CNC's assets to investors, which is collateral to the merits of the Commission's enforcement action. No further action by the district court is required before distribution, and once funds have been distributed the order will be effectively unreviewable on appeal. *Cf. SEC v. Basic Energy & Affiliated Res., Inc.*, 273 F.3d at 664 (holding that order entered prior to final distribution order, which transferred $500,000 from an escrow

account into the receiver's general account, was not immediately appealable where a further order would be required prior to any distribution to investors). Although the claim of Lee Berman is deferred until claims in a separate action have been adjudicated, whether his employee claim is ultimately allowed by the district court will not affect the terms of the distribution plan that are the subject of this appeal. And while there may be additional distribution orders proposed in the future (both as to CNC and as to the other Receivership Entities), such plans will relate to different assets, and they will not affect the funds distributed under the plan that is the subject of this appeal. In addition, allowing interlocutory review of appellants' due process concerns to proceed will resolve the issue for future distributions.

Moreover, this Court's predecessor has reasoned that Section 28 U.S.C. 1292(a)(2) "provides for appeals from interlocutory orders which take steps to accomplish the purpose of receiverships such as directing the sale or disposal of property." *United States v. "A" Mfg. Co., Inc.*, 541

F.2d 504, 505-06 (5th Cir. 1976).[1]  While the Fifth Circuit limited

*United States v. "A" Mfg.* in a 2015 decision, that subsequent decision is

not binding on this Court.  *Netsphere, Inc. v. Baron*, 799 F.3d 327 (5th

Cir. 2015).  Because the distribution order here directs the distribution

of property, it is also appealable under Section 1292(a)(2), as construed

by this Court.

---

[1] The Eleventh Circuit, in the *en banc* decision *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981), adopted as binding precedent the decisions of the former Fifth Circuit rendered prior to October 1, 1981.

## CONCLUSION

For the foregoing reasons, the district court's August 7, 2017 order

is immediately appealable under the collateral order doctrine and 28

U.S.C. 1292(a)(2).

Respectfully Submitted,


TRACEY A. HARDIN
Assistant General Counsel

MORGAN BRADYLYONS
Bankruptcy Counsel

s/ Therese A. Scheuer

THERESE A. SCHEUER
Senior Counsel
Securities and Exchange
Commission
100 F Street NE
Washington, DC 20549
scheuert@sec.gov
Tel: (202) 551-6029

September 15, 2017

# CERTIFICATE OF COMPLIANCE

I certify that this Statement Regarding Jurisdiction complies with the type-volume limitation set forth in Fed. R. App. P. 32 because it contains 1,316 words, excluding the parts exempted by Fed. R. App. P. 32(f).

I hereby certify that this Statement Regarding Jurisdiction complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in Century Schoolbook 14-point font.

Dated:  September 15, 2017

s/ Therese A. Scheuer

THERESE A. SCHEUER
Senior Counsel
Securities and Exchange
Commission
100 F Street NE
Washington, DC 20549
scheuert@sec.gov
Tel: (202) 551-6029

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2017, I filed the foregoing Amended Certificate of Interested Persons and Securities and Exchange Commission Statement Regarding Jurisdiction using the Court's CM/ECF system. Service on counsel of record will be accomplished through the Court's CM/ECF system. Service was also accomplished on the same day by sending this Certificate and Statement Regarding Jurisdiction via U.S. mail to the below parties at the following addresses:

| | |
|---|---|
| Jo Allen<br>1998 PETERSON CIR<br>MT PLEASANT, AR 72561 | Thomas Allen<br>1998 PETERSON CIR<br>MT PLEASANT, AR 72561 |
| David Carrillo<br>2000 BRENTWOOD DR<br>MIDLAND, TX 79707 | Bobby L. Crenshaw<br>1010 AVE D<br>FREDERICKSBURG, TX 78624 |
| Jason Ryan Doss<br>The Doss Firm, LLC<br>36 TRAMMELL ST STE 101<br>MARIETTA, GA 30064 | Michael J. Elfert<br>3404 SEQUIN<br>ODESSA, TX 79765 |
| Alexander B. Feinberg<br>Maynard Cooper & Gale, PC<br>1901 6TH AVE N STE 2400<br>BIRMINGHAM, AL 35203 | Roger Grant<br>123 COUNTY RD 1723<br>CLIFTON, TX 76634 |
| Michael Gronemeyer | Michael Hale<br>1500 W COUNTY RD 130 |

226 KE'OAWA ST
LAHAINA, HI 96761

Sandra Hale
1500 W COUNTY RD 130
MIDLAND, TX 79706

Glenn Loewenthal
Glenn Loewenthal, PC
2300 WINDY RIDGE PKWY STE
205
ATLANTA, GA 30339
Forest H. Mathews
1510 MESA ST
ODESSA, TX 79761

Johnny H. Orona
9025 W 60TH
ODESSA, TX 79764

Judy Pinson
16861 N DERBY AVE
GARDENDALE, TX 79758

Robert Pyne, Jr.
3292 HIGH VIEW CT
GAINESVILLE, GA 30506

Michael A. Sweet
7301 HEGGIE AVE
LAS VEGAS, NV 89131

Cassandra Trott
2040 E S FORK ST
ODESSA, TX 79766

MIDLAND, TX 79706

Wade W. Herring, II
Hunter Maclean Exley & Dunn,
PC
200 E SAINT JULIAN ST
PO BOX 9848
SAVANNAH, GA 31412-0048

John D. Loftin
2406 CASTLEFORD RD
MIDLAND, TX 79705

Frances S. Orona
9025 W 60TH
ODESSA, TX 79764

James C. Orr, Jr.
Heygood, Orr & Pearson
2331 W NW HWY 2ND FL
DALLAS, TX 75220
Delores Pyne
3292 HIGH VIEW CT
GAINESVILLE, GA 30506

E Lynn Schoenmann
55 MILLER AVE 298
MILL VALLEY, CA 94941

Bruce Treadaway
PO BOX 286
BALMORHEA, TX 79718

Keith Trott
2040 E S FORK ST
ODESSA, TX 79766

Sharon Wolfe  
PO BOX 127  
SANDERSON, TX 79848

Terry Wolfe  
PO BOX 127  
SANDERSON, TX 79848

Dated:  September 15, 2017

s/ Therese A. Scheuer

THERESE A. SCHEUER  
Senior Counsel  
Securities and Exchange  
Commission  
100 F Street NE  
Washington, DC 20549  
scheuert@sec.gov  
Tel: (202) 551-6029