IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

CASE NO. 17-13651-F

---

SECURITIES AND EXCHANGE COMMISSION,
Plaintiff,

v.

JAMES A. TORCHIA, CREDIT NATIONAL CAPITAL, LLC,
CREDIT NATION ACCEPTANCE, LLC, CREDIT NATION AUTO
SALES, LLC, AMERICAN MOTOR CREDIT LLC, AND SPAGHETTI
JUNCTION, LLC,
Defendants,

ANTONIO DUSCIO, ET AL.,
Interested Parties/Appellants

AL B. HILL as Receiver for Defendants,
Receiver/Appellee.

ON APPEAL FROM
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CIVIL ACTION FILE NO. 1:15-cv-03904-WSD

---

**RECEIVER/APPELLEE AL B. HILL'S RESPONSE TO
JURISDICTIONAL QUESTION**

---

Amy W. Weber
Georgia Bar No. 773736
aweber@taylorenglish.com
William G. Leonard
Georgia Bar No. 446912
bleonard@taylorenglish.com
**TAYLOR ENGLISH DUMA LLP**
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
(770) 434-6868 (telephone)
(770) 434-7376 (fax)
Counsel for Appellees

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

## <u>RECEIVER'S RESPONSE TO JURISDICTIONAL QUESTION</u>

COMES NOW, Al Hill, Receiver ("Receiver"), Appellee herein, and files this his response to the Court's Jurisdictional Question dated September 1, 2017.

<u>Jurisdiction Question Presented</u>

The Court requested that the parties to the appeal, Antonio Duscio, et al. ("Appellants") and Al B. Hill, Receiver for James Torchia, et al. (the "Receiver") advise the court of their position regarding whether the district court's August 7, 2017, order which approved the Receiver's Motion to approve the claims process and plan of distribution, overruled objections to the plan, and disallowed numerous claims to the Receivership's assets, is immediately appealable and whether the district court finally resolved all relevant issues to allow appellate review.

<u>Response</u>

The decision of the trial court is immediately appealable although the district court's Order of August 7, 2017, is not a final order under in Fed. R. Civ. P. § 1291.

The August 7, 2017, Opinion and Order (the "Order") granted the Receiver's Motion to Approve Claims Process and Plan of Distribution; granted the Receiver's Motion to Disallow Claims; overruled Objections to the Distribution Plan; overruled E. Lynn Schoenmann's Opposition to the Receiver's Motion to Disallow Claims; and deferred ruling on Lee Berman's claim against the

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

Receivership.  Following the Order approving the distribution plan, the Receiver disbursed $6,000,000.00 to the Investors; there remains approximately $1.7 million to be disbursed upon the final conclusion of the Receivership.  The Receiver has <u>not</u> sought a final order for disbursement.

Appellants filed their notice of Appeal on August 9, 2017, appealing the Order (the "Appeal").

Fed. R. Civ. P. 1292(a)(2) confers appellate jurisdiction from "[i]nterlocutory orders appointing receivers, or refusing orders to wind up receiverships or to take steps to accomplish the purposes thereof, such as directing sales or other disposals of property."  In this case, the Receiver is not currently in the posture to "wind up" the receivership. Several lawsuits brought by the Receivership remain active and open.  Further, the Receiver has not yet sought the approval of the district court to distribute the assets of River Green Capital, LLC, and National Viatical Trust, two other entities related to Credit Nation Capital, LLC, which are also in Receivership in this matter.  The Receivership continues to collect death benefits from matured polices, increasing the overall recovery to the Investors.  In addition, the Receiver currently plans to hold several policies, assets of the receivership, until maturity.

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

The Order and subsequent distribution of the Receivership assets are steps taken by the Receiver to "accomplish the purposes" of the Receivership. The Receiver has disbursed $6,000,000.00, of the Receivership assets.

The collateral order doctrine similarly confers appellate jurisdiction. Under the collateral order doctrine, appellate review of an order is authorized when "it falls into that small class [of orders and decisions] which finally determine claims of right separate from, and collateral to, rights asserted in the action, too important to be denied review and too independent of the cause itself to require that appellate consideration be deferred until the whole case is adjudicated. *See SEC v. Basic Energy & Affiliated Res*., 273 F. 3d 657, 665-666 (6th Cir. 2001) citing *Cohen v. Beneficial Industrial Loan Corp*., 337 U.S. 541 (1949). In *Basic Energy*, the investors sought to appeal a distribution plan and the appellate court determined it had jurisdiction to hear the appeal. *Id*. at 663, 667.

In *SEC v. Elliott*, 953 F. 2d 1560 (11th Cir. 1992), also a Receivership case, the 11th Circuit Court of Appeals reviewed an Order Establishing a Final Plan for Distribution of Assets. *Id*. at 1565. In *Elliott*, the district court "properly retained jurisdiction to enter its final order." *Id*. at 1584. However, the appellate court had jurisdiction to review the district court's order for distribution.

The collateral order doctrine has been cited by other appellate courts as conferring jurisdiction to review disbursement orders in receivership cases. *See*

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

*SEC v. Forex Asset Mgmt. LLC*, 242 F. 3d. 325, 330-331 (5th Cir. 2001) wherein

the appellate court stated:

> The decision by the district court to approve the Receiver's distribution plan fits within the confines of the collateral order doctrine. First, it conclusively determines the manner in which the receivership assets should be distributed. Second, it resolves an important issue regarding distribution of the assets, which is separate from the merits of the SEC's complaint against Forex and Kosova. Third, it is effectively unreviewable on appeal because the assets from the receivership will be distributed, and likely unrecoverable, long before the action brought by the SEC is subject to appellate review. Therefore, because this case meets the requirements of the collateral order doctrine, we retain jurisdiction to hear the Whitbecks' appeal.

For the foregoing reasons, the Receiver concludes that the appellate court

has jurisdiction over the Appeal.

Respectfully submitted, this 15th day of September, 2017.

/s/ Amy K. Weber
AMY K. WEBER
Georgia Bar No. 773736
aweber@taylorenglish.com
WILLIAM G. LEONARD
Georgia Bar No. 446912
bleonard@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
Telephone: (770) 434-6868
Facsimile: (404) 434-7376
*Attorneys for Receiver Al B. Hill*
*Attorney for Receiver*

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JAMES A. TORCHIA, CREDIT NATIONAL CAPITAL, LLC, CREDIT NATION ACCEPTANCE, LLC, CREDIT NATION AUTO SALES, LLC, AMERICAN MOTOR CREDIT LLC, AND SPAGHETTI JUNCTION, LLC, | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| ANTONIO DUSCIO, ET AL., Interested Parties/Appellants | ) ) ) |
| AL B. HILL as Receiver for Defendants, Receiver/Appellee. | ) ) ) |

## **CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMIT**

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed R. App. P. 32(f), this document contains 800 words.

2. This document complies with the typeface requirements of Fed R. App. P. 32(a)(5) and the type-style requirements of Fed R. App. P. 32(a)(6)

3

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

because this document has been prepared in a proportionally spaced

typeface using Microsoft Word 2013 in size 14 Times New Roman font.

This 15th day of September, 2017.

/s/ *Amy K. Weber*
Amy K. Weber
Georgia Bar No. 773736
aweber@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
(770) 434-6868 (telephone)
(770) 434-7376 (fax)

*Attorney for Receiver*

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES A. TORCHIA, CREDIT | ) |
| NATIONAL CAPITAL, LLC, CREDIT | ) |
| NATION ACCEPTANCE, LLC, | ) |
| CREDIT NATION AUTO SALES, LLC, | ) |
| AMERICAN MOTOR CREDIT LLC, | ) |
| AND SPAGHETTI JUNCTION, LLC, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| ANTONIO DUSCIO, ET AL., | ) |
| Interested Parties/Appellants | ) |
| | ) |
| AL B. HILL as Receiver for Defendants, | ) |
| Receiver/Appellee. | ) |

**RECEIVER AL B. HILL'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

1.     Pursuant to Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1-1, Receiver Al B. Hill ("Receiver") certifies, by and through his undersigned counsel of record, that to his knowledge, the following constitutes a complete list of the trial judge, judges on the Administrative Review Board, all attorneys, persons, associations of persons, firms, partnerships, and corporations that have an interest in the outcome of this appeal:

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| | |
|---|---|
| American Motor Credit LLC | Defendant |
| Credit Nation Acceptance, LLC | Defendant |
| Credit Nation Auto Sales, LLC | Defendant |
| Credit National Capital, LLC | Defendant |
| Doss, Jason R. | Attorney for Defendant James A. Torchia |
| Duffey, Hon. William S., Jr. | Judge, U.S. District Court for the Northern District of Georgia, Atlanta Division |
| Hill, Al B. | *as receiver for* <br><br> Credit Nation Capital, LLC. Credit Nation Capital, LLC's members are as follows: James and Jason Torchia as joint tenants (72%); Bobby Guess (5%); Richard Sutherland (3%); Catrina Tipton (5%); Lee Berman (5%); Marc Celello (10%). <br><br> *as receiver for* <br><br> Credit Nation Acceptance, LLC. Credit Nation Acceptance, LLC's sole member is Credit Nation Capital, LLC (100%). |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| | |
|---|---|
| | *as receiver for*<br><br>Credit Nation Auto Sales, LLC. Credit Nation Auto Sales, LLC's members are as follows: James Torchia (5%); James and Jason Torchia as joint tenants (70%); Bobby Guess (5%); Lee Berman (5%); Marc Celello (10%); Cynthia Weston (5%).<br><br>*as receiver for*<br><br>American Motor Credit LLC. American Motor Credit, LLC's sole member is Credit Nation Capital, LLC (100%).<br><br>*as receiver for*<br><br>Spaghetti Junction, LLC. Spaghetti Junction, LLC's sole member is James Torchia (100%). |
| Leonard, William G. | Attorney for Receiver Al B. Hill |
| O'Dell, Justin | Attorney for Appellants |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| Securities and Exchange Commission | Plaintiff |
| --- | --- |
| Spaghetti Junction, LLC | Defendant |
| Scheuer, Therese | Attorney for the Securities and Exchange Commission |
| Torchia, James A. | Defendant |
| Weber, Amy K. | Attorney for Receiver Al B. Hill |

(2)    The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular cause:

| LAST NAME | FIRST NAME |
| --- | --- |
| Abshire | Karen |
| Ainsworth | June |
| Alexander | Pat |
| Allbaugh | Carl |
| Allen | Garry |
| Allen | Henry |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Allen | Jo |
| Allen | Thomas |
| Allen Living Trust | Garry & Nelda |
| Alley | John |
| Anderson | Juergen |
| Aubin | Charles |
| Aysenne | Eugene |
| Bacca | Hazel |
| Bach | Charles |
| Bailey | John |
| Bailey | Mary |
| Baker | Christi |
| Barback | Robert |
| Barton | Betty |
| Bates | Charles |
| Beaver | Ronny |
| Beck | Charles |
| Becnel | Evelyn |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Becnel | Rene |
| Bell | Phyllis |
| Bennett | Lynne L. |
| Benney | Patricia G. |
| Bercegeay | Dirk |
| Berman | Lee |
| Berry | Brent B. |
| Berry | Karla |
| Bert | Vera |
| Bert Rev. Living Trust | Nichols & Vera |
| Bice | Franklin |
| Birkes | Stanley |
| Blackstone | Philip |
| Blankenship | Natalie |
| Bockus | Alice |
| Bodenhamer | Don |
| Bodenhamer | Mary |
| Bohmfalk | Charles |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|-----------|------------|
| Boling | Albert |
| Bonham | James |
| Brandt | Cal |
| Brandt | Frances |
| Brantley | Melinda |
| Brantley | Richard |
| Broussard | James |
| Brown | Alice |
| Brown | Billy |
| Broyles | Gary |
| Brunner | Robert |
| Buchanan | Marjoria |
| Burns | Skipper |
| Burton | David |
| Campo | David |
| Carbo | Mark |
| Carey | Nancy |
| Carey | Rayford |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|-----------|------------|
| Carey | Robert Kent |
| Carothers | Samuel G. |
| Carpenter | James |
| Carrillo | David |
| Cates, Jr. | William Roy |
| Cave | Fred |
| Cerniglia | Brenda |
| Chambers | Robert |
| Champagne | Wayne |
| Childers | Garland |
| Childers | Gaylon |
| Clark | Joyce |
| Clow | William |
| Clowers | Charlie |
| Coallier | Ronda |
| Coates | Galen |
| Coday | Robert |
| Coke, III | Robert King |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|-----------|------------|
| Colby | Joseph |
| Coleman | Margaret |
| Coleman | Thomas |
| Coleman | Tina |
| Collins | Julie |
| Collins | Laura |
| Collins | William |
| Colucci | Richard |
| Concha | Maren |
| Cook | Ashby |
| Cooper | George |
| Corrick | Scott |
| Cory | Edward |
| Cox | Ronald |
| Crenshaw | Bob |
| Crenshaw | Saundra |
| Crews | Edna |
| Crites | Charles |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|-----------|------------|
| Culver | Paul David |
| Culver | Sona Roijean |
| Currao | William |
| Daniel | Dan Gene |
| Darville | Mark |
| Daugherty | Elizabeth Ann |
| Daves | Karen |
| Davies | Carol |
| Davis | Gary |
| Davis | Barbara |
| Dean | David |
| Dean | Debbie |
| Decker | Lewis |
| DeKort | John |
| DeKort | Judy Kelly |
| Delacruz | Sarita |
| Dennis | Charles |
| Deville | Sherry |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Diebel | Gary |
| Diebel | Jessica |
| Dow | Don |
| Duffee | Mary Jane |
| Duffee c/o Sue Cooper | Mary Jane |
| Duffee Trust No. 2 | Mary Jane |
| Dunham | William |
| Dupree | Laura |
| Duscio | Tony |
| Elfert | Michael |
| Engolio | Barry |
| Eppler | Sharon K. |
| Epps | Barry |
| Epstein | Eileen M. |
| Erickson | Betty |
| Evans | Mary Jo |
| Evans | Randy |
| Fagan | Jerry Patrick |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|-----------|------------|
| Farmer | Erlinda |
| Fassett | Marilyn |
| Finney | Jarad |
| Fontanez | Frank |
| Fontenot | Peter |
| Formwalt | Julie |
| Formwalt | Lance |
| Foster | David |
| Foster | Linda |
| Fowler | Patsy L. |
| Francis | Thomas E. |
| Fugitt | Joann |
| Gage | Jay |
| Gant | Jean |
| Gant | Roy |
| Gardner | Mary F. |
| Garner | Rita R. |
| Gaut | Robert S. |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Ghuman | Gian Singh |
| Gibson | Carles |
| Gomes | James |
| Gosch | Mark A. |
| Grafa | Carroll |
| Graham | Harry |
| Grant | Roger |
| Gravitt | Sonya |
| Gray | Ronald |
| Greer | Nathan |
| Gregory | James |
| Gregory | Shirley |
| Griffin | Ben |
| Griffin | Joyce |
| Grimes | Anita |
| Grimes | George |
| Gronemeyer | Michael |
| Gross | Martin |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|-----------|------------|
| Guess | Aaron |
| Guess | Bob |
| Guthrie | Debbie A. |
| Guthrie | Natalia |
| Hale | Jeri |
| Hale | Mike |
| Hale | Sandra |
| Hall | Michael |
| Hall | Thomas Dorrell |
| Hamblen | Irene |
| Hammitt | Robert E. |
| Hammond | Richard |
| Harris | Evva Nell |
| Harrison | Kim |
| Harthan | Stephen |
| Haynes | Julie Harper Barton |
| Haynie | Herbert |
| Henwood | Sherri |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Hereford | Carl |
| Herrera | Jacob Brandon |
| Herrington | Melvin |
| Hester | Virginia F. |
| Hield | Charles |
| Higdon | Leonard |
| Hitchcock | Susan |
| Holcomb | Charlotte |
| Holcomb Rev. Living Trust | Charlotte |
| Hood | Nancy Holley |
| Hooper | Shawn |
| Horton | Steven K. |
| Hothem | Arden L. |
| Hourigan, Jr. | John |
| Houston | Norman |
| Hoyer | James |
| Hubbard | Joel |
| Hudson | James |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Hyde | Richard |
| Ivey | Paul |
| Jackson | David |
| Jackson | Helen |
| Janicek | Kathryn |
| Janitorial Services | Professional |
| Jaques | Larry |
| Jaques (Trust) | Larry |
| Jefferson | Thomas |
| Jelen | Donna G. |
| Jones | Donald |
| Jones | Gary |
| Jones | Mark |
| Jones | Neal F. |
| Jones | Sarah |
| Jones | Tom |
| Jones | William |
| Juanillo-Dahl | Erlinda |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Katz | Samuel |
| Kays | Dana |
| Keiffer | Craig |
| Keiffer | John L. |
| Keiffer | Rebecca |
| Keir | Charles |
| Kenney | Jimmy |
| Kimbro | Dorris K. |
| Klein | Bruce |
| Klopfenstein | Juanita B. |
| Knott | Laurie |
| Knox | Linda |
| Knox | Tom |
| Korter | Cheryl |
| Kraemer | Joseph |
| Kruger | W. Neal |
| Laflar | Mary Kathleen |
| Langdale, Jr. | Kenneth M. |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|-----------|------------|
| Lankard | John W. |
| Lanning | Lawrence |
| Lapchick | Joseph |
| LaPrade | Robert |
| Leamer | Paul |
| Lednicky | Edwin |
| Leverton | Beverly |
| Leverton | Lynn |
| Lewis | Carlin |
| Lewis | Elvin |
| Lewis | James T. |
| Lewis | Jeffrey |
| Lewis | Justine |
| Lewis | Carlin |
| Little | William L. |
| Loftin | John |
| Luck | Terry |
| Lusk | Jack |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Lusk | Linda |
| Madden | Debbie |
| Madden Sales& Service | |
| Madden-Purdy | Doris |
| Maddox | Frank |
| Madera | Bert |
| Magruder | David |
| Magruder | Emily Kay |
| Marbury Living Trust | James Thomas |
| Markos | Kirk |
| Marshall | Harold |
| Martin | Lloyd |
| Masal | Mary Schmitt |
| Mason | Diane |
| Maszk | Thomas |
| Mathews | Forest |
| Maxwell | James |
| McCalvey | Eugene |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| McCoy | Arnold L. |
| McCoy | James |
| McCoy Rev. Living Trust | Arnold & Linda |
| McFarland Family Trust | |
| McIver | Terry |
| McMurtrey | Ronal |
| McQueen | Bobby Wayne |
| Medcalf | Gerry |
| Meyers | Rudy |
| Miehe | Joy |
| Miller | John |
| Miller | Joyce |
| Monaghan | Diana |
| Moore | Donald |
| Moore | Gary |
| Morgan | Carolyn |
| Morgan | Darwin |
| Morgan | Kenworth Dan |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Morrell | David |
| Mundhenk | Anita |
| Musick | Evelyn |
| Muzyka | Kie |
| Muzyka | Virginia |
| Myers | Ronald |
| Nagel | John |
| Nance | Mollie Z. |
| Neal | Norman |
| Nelson | James O. |
| Neumann | Barry |
| Noblett | Russel |
| Nolan | John F. |
| Nunez | Louis |
| Ochotorena | Ruben |
| Offield | Artie |
| Opperman | Leslie |
| Orona | Francisca |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|-----------|------------|
| Orona | Johnny |
| Ortiz | Cayleigh |
| O'Sullivan | Teresa |
| Padavich | Donald |
| Padon | Walter |
| Page | Celia |
| Paige | Cathy |
| Paige | Gary Dale |
| Paige | Cathy |
| Paige | Gary Dale |
| Pallett | Jackie |
| Pallett | Rickie |
| Palumbo | Anthony |
| Parker | Edward |
| Parker | Lena |
| Parks | Gailyn |
| Partain | Katherine |
| Patterson | Robert |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Patterson Oil & Gas, LP | |
| Penton | Marilyn |
| Perchez | Marisa |
| Perchez | Tami |
| Perry | James |
| Pflueger Rev. Living Trust | Osteen & Ethel |
| Philson | Arland |
| Pinson | Judy |
| Poche | William |
| Power | Stacy |
| Powers | Jerome |
| Price | Clay |
| Pyne | Robert |
| Pyne, Jr. | Robert L. |
| Quarnstrom | Marjorie |
| Queen, Jr. | William |
| Rabalais | Murray |
| Rains | Donald |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Rains | Sharon |
| Rapp | William |
| Ray | Rocky |
| Reagan | Lebron (Martha) |
| Reagan | Martha |
| Redmond | Charles |
| Rehmus | Mary Lou |
| Reid | Ron |
| Reliford Trust | Judith |
| Rhodes | Billie |
| Rice | Joseph L. |
| Rice | Ronald |
| Rich | Keith |
| Rich | Peggy |
| Riddle | Phillip G. |
| Rigsby | Ruby |
| Ripperger | Duane |
| Ripperger | Karen |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Robertson | LaDema V. |
| Robinson | Samuel |
| Robinson, Jr. | Samuel |
| Rogers | Janell |
| Ross | Jeanne |
| Row | Doyce |
| Rumer | William H. |
| Rynearson | Marilyn |
| Sager-Bach | Sarah |
| Salgado | Javier |
| Sanders | Luann |
| Sanders | Roger |
| Sanders | Luann |
| Sartor | Doyla |
| Schmidt | Wallace Craig |
| Schroll | Scott |
| Shaw | Timothy |
| Sheets | Carol |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Shepler | Craig |
| Shinoda | Carol |
| Sholes | Thomas E. |
| Shuman | Merlene |
| Shuman | William |
| Sidebotham | Thomas |
| Simmers | Larry |
| Simonton | Eileen |
| Simonton | Samuel |
| Skinner | Kathleen |
| Slaughter | Judy |
| Slaughter | Larry |
| Smith | David |
| Smith | Nolan |
| Smith | Thad |
| Sobolewski | Robert S. |
| Spanjer | Alan Eugene |
| Spanjer | R. Allan |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Spinks | Roy |
| Stark | Carey |
| Starkey | JoAnn |
| Stefanov | Don |
| Stengel | Thomas |
| Still | James |
| Street | Evelyn |
| Strickland | Hubert |
| Strickland | Sheila |
| Sudderth | Elmer Ray |
| Supplemental Needs Trust | Willie Ray Lackey |
| Sutherland | Katherine |
| Swenson | Randy |
| Tanner | David |
| Taylor | George |
| Taylor | Patricia |
| The Janelle Kaye Row Living Trust | Janelle K. |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Timms | Ester |
| Townsend | Cheryl |
| Treadaway | Bruce |
| Trosclair | Steve |
| Trott | Cassandra |
| Trott | Keith |
| Trulock | John |
| Trust Agreement | Aubin Family |
| Tuinstra | Barbara |
| Turnage | Tommy |
| Turner | David |
| Upchurch | Charles Robert |
| Visoski | Steve |
| Waguespack | Ronald |
| Waldenberg | Carol |
| Walker | CD |
| Wallace | Zane |
| Walston | Jerry R. |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|---|---|
| Watson | Evelyn C. |
| Watson | Willard |
| Wear | Robert |
| Webb | Laverne W. |
| Whitaker | Eugene |
| White | Elizabeth |
| Whittington | James |
| Wilson | Jimmie F. |
| Wisdom | Joyce |
| Witherspoon | Warren Randal |
| Wolfe | Sharon |
| Wolfe | Terry |
| Womack | Delores |
| Woodson | Mary Kathleen |
| Woody | John |
| Wooten | Zack (Ann) |
| Wright | Don |
| Wright | Gregory |

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

| LAST NAME | FIRST NAME |
|-----------|------------|
| Wyskup | Raymond James |
| Yium | Susie J. |
| Zabkar | Mark |
| Zinn | Roger |

Respectfully submitted, this 15th day of September, 2017.

/s/ *Amy K. Weber*

Amy K. Weber
Georgia Bar No. 773736
aweber@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
(770) 434-6868 (telephone)
(770) 434-7376 (fax)

*Attorney for Receiver*

*Securities and Exchange Commission v.*
*James A. Torchia, et al.*
Case No. 17-13651-F

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have caused a true and correct copy of the foregoing

***Receiver/Appellee Al B. Hill's Response To Jurisdictional Question*** and

accompanying documents pursuant to Fed. R. App. P. 25 and Fed. R. App. P. 32 to

be served via the Court's CM/ECF system, which shall send notification of such

filing to all counsel of record as follows:

**Therese Scheuer**
Senior Counsel
Securities and Exchange
Commission
100 F Street NE
Washington, DC  20549

**Jason R. Doss**
The Doss Firm, LLC
P.O. Box 965669
Suite 101
36 Trammell Street
Marietta, GA 30066

**Justin O'Dell**
O'Dell & O'Neal
506 Roswell Street, Suite 210
Marietta, Georgia  30060

This 15th day of September, 2017.

/s/ *Amy K. Weber*
Amy K. Weber
Georgia Bar No. 773736
aweber@taylorenglish.com
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
(770) 434-6868 (telephone)
(770) 434-7376 (fax)

*Attorney for Receiver*